Ronald Yandell / V-27907

Folsom State Prison

P.O. Box 715071

Represa, CA. 95671-5071

**FILED**

Apr 08, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In The United States District Court

For The Eastern District Of California

Ronald Yandell
        Plaintiff

Case No.   2:25-cv-1049 DMC (PC)

v.
Governor G. Newsome
Director J. McCumber
Warden J. Lynch
Correction's Officer J. Garcia
        Defendants

First Complaint

Demand For Jury Trial

## Complaint

### Introduction

1) Plaintiff Ronald Yandell is a convicted prisoner currently incarcerated in the custody of the California Department of Corrections and Rehabilitation (CDCR) at Folsom State Prison.

2) On August 26, 2024 Plaintiff was incarcerated at California State Prison Sacramento (CSP-SAC).

3) On August 26, 2024 Plaintiff was housed in (CSP-SAC) Restricted Housing Unit (RHU).

4) On August 26, 2024 Plaintiff was strip searched before being escorted to the outside

1 of 7

1  RECREATION CAGES,

2     5) As Plaintiff exited his cell and was being

3  led outside Plaintiff tossed a thermal shirt

4  in front of another prisoner's cell,

5     6) Plaintiff was handcuffed behind his back

6  and after tossing thermal shirt C/O J. Garcia

7  became angry, grabbed Plaintiff from behind,

8  lifted him off his feet as high as possible and

9  as Plaintiff and C/O J. Garcia descended C/O J. Garcia

10  twisted us both in mid-air and with all his force

11  slammed Plaintiff face first into the concrete.

12     7) Plaintiff suffered catastrophic injuries

13  and had to be rushed to the outside hospital to

14  receive urgent treatment.

15

16                Jurisdiction

17     8) This cause of action arises under the United States

18  Constitution, enforceable pursuant to 42 U.S.C.

19  §1983. Jurisdiction is pursuant to 28 U.S.C. §§ 2201

20  and 2202.

21

22                Venue

23     9) Venue is proper under 28 U.S.C. § 1391(b)(2),

24  because the events and omissions give rise to the

25  claims ocurring in this district.

26

27                Parties

28     10) Plaintiff Ronald Yandell is a convicted Prisoner

1  CURRENTLY INCARCERATED IN (CDCR) AT FOLSOM STATE

2  PRISON.

3    11) DEFENDANT G. NEWSOME IS GOVERNOR OF CALIFOR-

4  NIA AND IS RESPONSIBLE FOR (CDCR) AND ALL it'S EM-

5  PLOYEES. HE IS RESPONSIBLE FOR THE POLICIES,

6  PROCEDURES, OPERATIONS, AND SUPERVISION OF

7  (CDCR) AND DEFENDANT NEWSOME IS RESPONSIBLE

8  FOR THE ACTS COMPLAINED OF HEREIN. HE IS SUED IN

9  HIS OFFICIAL CAPACIDY AND INDIVIDUAL CAPACIDY

10  FOR RELIEF AND DAMAGES.

11    12) DEFENDANT J. McCUMBER IS THE DIRECTOR OF (CDCR).

12  HE HAS OVERALL RESPONSIBILITY FOR THE POLICIES, PRO-

13  CEDURES, OPERATIONS, AND SUPERVISION OF (CDCR),

14  it'S EMPLOYEES AND ALL STAFF. THUS, DEFENDANT McCUMBER

15  IS RESPONSIBLE FOR THE ACTS COMPLAINED OF HEREIN,

16  VIA HIS CAPACIDY OF POLICY MAKER. HE IS SUED IN

17  HIS OFFICIAL CAPACIDY AND INDIVIDUAL CAPACIDY FOR

18  RELIEF AND DAMAGES.

19    13) DEFENDANT J. LYNCH WAS THE WARDEN AT (CSP-SAC)

20  WHEN THE INCIDENT OCURRED. DEFENDANT LYNCH HAD

21  RESPONSIBILITY FOR THE POLICIES, PROCEDURES, OPER-

22  ATIONS AND SUPERVISION OF ALL EMPLOYESS AT (CSP-SAC)

23  (CDCR). DEFENDANT LYNCH IS RESPONSIBLE FOR THE ACTS

24  COMPLAINED OF HEREIN, AND IS SUED IN HIS OFFICIAL

25  CAPACIDY AND INDIVIDUAL CAPACIDY FOR RELIEF AND

26  DAMAGES.

27    14) DEFENDANT J. GARCIA IS A CORRECTIONAL OFFICER

28  (C/O) OF (CDCR). DEFENDANT GARCIA IS DIRECTLY RE-

1  sponsible for the catastrophic injuries plaintiff

2  suffered on Aug. 26, 2024 while handcuffed behind

3  his back. Defendant Garcia is responsible for the

4  acts complained of therein. He is sued in his official

5  capacity and individual capacity, for relief and

6  damages.

7  STATEMENT OF FACTS

8  15) Plaintiff Yandell incorporates all facts pre-

9  viously and further avers as follows:

10  16) On August 26, 2024 Plaintiff Yandell was

11  being escorted to the outside rec. cages in (RHU)

12  (CSP-SAC) by Defendant Garcia.

13  17) Plaintiff Yandell was handcuffed behind his

14  back. As Plaintiff and Defendant Garcia began to

15  walk outside Plaintiff tried to toss a thermal shirt

16  in front of another cell.

17  18) In doing said act Defendant Garcia lost

18  his grip on Plaintiff's upper arm, got angry, grabbed

19  Plaintiff in a bear hug and slammed Plaintiff face

20  first into the concrete.

21  19) Plaintiff suffered numerous catastrophic

22  injuries and had to be rushed to an outside hos-

23  pital for emergency treatment.

24

25  CLAIMS FOR RELIEF

26

27  First Claim

28  Eighth Amendment Violation : Cruel and

1  unusual punishment. DEFENDANTS NEWSOME,
2  McCumber, Lynch and Garcia violated Plaintiff's
3  rights under the Eighth Amendment to the U.S.
4  Constitution for cruel and unusual punishment.

6  Supporting Facts: ALL ABOVE DEFENDANTS violated
7  Plaintiff's Eighth Amendment rights over the cata-
8  strophic injuries Plaintiff suffered on 8-26-24.

10  Injuries: Fractured vertebrae, fractured jaw in
11  two separate places, 6 stitches to close gash in
12  chin, knocked out 4 teeth, ruptured left ear drum
13  with 75% loss of hearing, severe concussion and
14  facial nerve damage.

16  MEMORANDUM OF LAW
17  Points and Authorities
18  Convicted Prisoners are protected from misuse
19  of force by the cruel and unusual punishment clause
20  of the Eighth Amendment. The Supreme Court has held
21  that "whenever prison officials stand accused of using
22  excessive physical force in violation of the cruel
23  and unusual punishment clause, the core judicial
24  inquiry is ... whether force was applied in a good-
25  faith effort to maintain or restore discipline, or
26  maliciously, and sadistically to cause harm. See:
27  Hudson v. McMillian, 503 U.S. 1, 6-7, 112 S.Ct 995
28  (1992) Accord, Wilkins v. Gaddy ___ U.S. ___, 130 S.Ct.

1175, 1178 (2010) (per curiam); see: BASKERVILLE V.
MULVANEY, 411 F.3d 45, 47-48 (2d Cir. 2005) (quoting
and discussing jury instructions); JOHNSON V. BREEDEN,
280 F.3d 1308, 1313-16 (11 cir. 2002) (same).

  In deciding whether force was used "maliciously"
or "sadistically", the extent of injury inflicted is "one
factor", and "[t]he absence of serious injury is there-
fore relevant to the eighth amendment inquiry, but
does not end it. see: Hudson v. McMillian, 503 u.s.
at 7; accord, Wilkins v. Gaddy, 130 s.ct. at 1178
-79; Wright v. Goord, 554 F.3d 255, 269 (2d cir. 2009).
other factors that the court said may be relevant
are the need for application of force used,
the threat "reasonably perceived by the re-
sponsible officials and 'any efforts made to
temper the severity of a forceful response.
see: Hudson, 503 u.s. at 7 (quoting Whitley v. Albers,
supra).

  Plaintiff was handcuffed behind his back
and posed no threat to defendant Garcia. Defendant
Garcia admits his reaction was due to Plaintiff
tossing the Armal shirt and losing grip on Plaintiffs
arm and the catastrophic injuries Plaintiff
suffered and will suffer his entire life is clear
excessive force. see: Exhibit A and B

    Exhaustion of Remedies

  Plaintiff exhausted all remedies available. See:
Exhibit C

## PRAYER FOR RELIEF

WHEREFORE, THE PLAINTIFF prays that this HONORABLE Court grant the FOLLOWING RELIEF:

A) DECLARE that the Acts and Omissions OF the defendants violated PLAINTIFFS constitutional Rights and FEDERAL laws;

B) ENTER an INJUNCTION REQUIRING the defendants, their agents, SUBORDINATES, EMPLOYEES and all others acting in CONCERT WITH them to CEASE their UNCONstitutional and unlawful practices and to REMEDY their violations OF the constitution and the laws;

C) ENTER an injunction REQUIRING defendants to RESTORE to PLAINTIFF all Rights and PRIVILEGES He ENjoyed PRIOR to the RETALIATION;

d) AWARD PLAINTIFF NOMINAL, COMPENSATORY and PUNITIVE DAMAGES OF 20 MILLION dollars;

e) AWARD PLAINTIFF REASONABLE COSTS and ATTORNEY FEES; and

F) GRANT PLAINTIFF SUCH OTHER RELIEF AS the COURT MAY DEEM JUST AND PROPER.

DATED: 4-8-25          RESPECTFULLY Submitted

Ronald Yandell

FOLSOM State PRISON

P.O. BOX 715071

REPRESA, CA.

95671-5071

Exhibit A

Medical Records

SAC005-04          8/29/2024 9:32:08 AM  PAGE  2/016   Fax Server



**Dignity Health.**

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:    916-537-5000

/SAC/ V27927

NAME: YANDELL, RONALD DEAN
MRN:  1000881182(AMB); 10722426(M)

DOB: 6/28/1962  Age: 62 years    Sex:M
Admit Date: 8/26/2024
Disch Date: 8/27/2024
Physician:

Acct #: 118643436(M)
Pt Loc: MSJ ED

### *Emergency Documentation - MD*

DOCUMENT NAME:
RECEIVED DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

ED Physician Notes
8/26/2024 20:44 PDT
Auth (Verified)
Penna,Elliott J MD (8/26/2024 20:45 PDT)
Penna,Elliott J MD (8/27/2024 03:27 PDT)

Patient: YANDELL, RONALD DEAN    MRN: 10722426   FIN:
118643436
Age: 62 years  Sex: M   DOB: 06/28/1962   Active
Insurance:
Admitting MD:    Location: MSJ ED: :   PCP: PCP, Unknown
Author: Penna, Elliott J MD

**Date/Time**
 Admit Date:  08/26/24 20:25
Provider Contact Time:
08/26/2024 20:30

**Mode of Arrival**
Mode of Arrival: Ambulance

**Chief Complaint**
Chief Complaint ED: assault   08/26/24 20:31
Subjective Nursing Assessment: pt biba, reports s/p assault with
loc, left ear bleeding, left facial numbness, + chin laceration and
right blurry vision. c/o lower back apina nd neck pain   (08/26/24
20:31)

**History of Present Illness**
This is a 62-year-old male presenting today from prison after a head
and back injury.  Patient got into an altercation.  He was slammed
onto the ground striking his head and face.  He did briefly lose
consciousness.  He is complaining of left-sided facial and head pain,
neck pain and mid to lower back pain.  He has some numbness to
the left side of his face and notes blurry vision.  He denies double
vision.  He has some blood from the left ear.  He has a cut to his
chin with bleeding controlled.  He presents in a c-collar.

History obtained from patient, EMS

**Review of Systems**
A 10 point Review of Systems completed and negative except as
stated above in the HPI

**Problem List/Past Medical History**
Ongoing
  No qualifying data
Historical
  No qualifying data
**Allergies**
No Known Medication Allergies
**Social History**
denies smoking, alcohol or drug use
**Family History**
Noncontributory
**Home Medications**
  No active home medications

*MEDICAL RECORDS RECEIVED*
Date: 8/29/2024
Sign:

| Legend: | C=Corrected | *=Comment | H=High | L=Low | |
|---|---|---|---|---|---|
| Lab Legend. | C= Critical | @=Corrected | *=Abnormal | H= High | L=Low | i=Interpretive Data | f=Footnotes |

Laboratory Medical Director:   Hemlata N. Oswal, MD
Date/Time Printed:  8/29/2024 09:29 PDT

Page 1 of 15

Patient Name: YANDELL, RONALD DEAN
Date of Birth: 6/28/1962

MRN: V27927
FIN: 1000000191112 9326V27927

Case 2:25-cv-01049-DMC    Document 1    Filed 04/08/25    Page 10 of 46
* Auth (Verified) *

SAC005–04          8/29/2024 9:32:08 AM  PAGE   3/016   Fax Server

 **Dignity Health.**

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:    916-537-5000

NAME: YANDELL, RONALD DEAN
MRN:  1000881182(AMB); 10722426(M)

DOB: 6/28/1962  Age: 62 years      Sex:M
Admit Date: 8/26/2024
Disch Date:  8/27/2024

Acct #: 118643436(M)
Pt Loc: MSJ ED

Physician:

### *Emergency Documentation - MD*

**Physical Exam**

**First Vitals Signs**
Blood Pressure:  **127 / 71** (08/26/24 20:31)
Heart Rate:  **71** (08/26/24 20:31)
Respiratory Rate:  **16** (08/26/24 20:31)
SPO2:  **97%** (08/26/24 20:31)
Oxygen Method:  **Room air** (08/26/24 20:31)
Temperature PO  **36.9** (08/26/24 20:31)
Const: Well nourished, well developed, appears stated age
Eyes: Able to track appropriately. Pupils appear 3-4mm and reactive bilaterally
HENT: 3 cm right sided chin laceration. Left-sided facial tendemess without deformity. c-collar in place. No C-spine tendemess. No trismus. Poor dentition with no obvious gumline fracture. Right mandibular incisor subluxation. Blood in the left auditory canal
CV: Normal rate and rhythm. Distal pulses intact. Warm, well-perfused extremities
RESP: CTAB unlabored respiratory effort
GI: Soft, nontender
MSK: No gross deformities appreciated. No long bone tendemess. Diffuse thoracic and lumbar spinal tenderness without step-off deformity. Pelvis stable. No chest wall tendemess. Actively moving extremities without pain
Skin: No lacerations. No abrasions. No bruising
Neuro: Alert, oriented and appropriate. Follows commands. GCS 15
Psych: Appropriate mood and affect.

**Most Recent Vitals**
**T:** 36.9  °C (Oral) **HR:** 71  **RR:** 16  **BP:** 127/71  **SpO2:** 97%
**Oxygen Method:** Room air  **WT:** 180 lbs  **WT:** 81.633 kg

**Emergency Department Orders**

**Laboratory & Blood:**
CBC w/Diff* (man diff if indicated) (CBC w/Diff* (man diff if indicated))
Comprehensive Metabolic Panel (CMP)
**Medications & IV's:**
iopamidol (Isovue-300) 100 mL, IV Push, x1
morphine (morphine INJ) 4 mg, IV Push, x1
ondansetron (ondansetron INJ) 4 mg, IV Push, x1
ampicillin-sulbactam (Unasyn) 3 gm, 200 mL/hr, IV, x1
acetaminophen-HYDROcodone (Norco 10 mg-325 mg oral tablet) 1 Tab, PO, x1
ketorolac (Toradol) 15 mg, IV Push, x1
**Radiology:**
CT C Spine wo Con (CT C Spine wo Con)
CT Head wo Con (CT Head wo Con)
CT Chest+Abdomen+Pelvis w Con (Chest/Abd/Pel CT w

Date/Time Printed:   8/29/2024 09:29 PDT                        Page 2 of 15

* Auth (Verified) *

SAC005-04          8/29/2024 9:32:08 AM  PAGE   4/016  Fax Server

 **Dignity Health.**

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:   916-537-5000

NAME: YANDELL, RONALD DEAN
MRN:  1000881182(AMB); 10722426(M)

DOB: 6/28/1962   Age: 62 years   Sex:M
Admit Date:  8/26/2024
Disch Date:  8/27/2024
Physician:

Acct #: 118643436(M)
Pt Loc: MSJ ED

### *Emergency Documentation - MD*

Contrast)
    CT 3D wo Separate Workstation (CT 3D wo Separate
Workstation)
    CT Maxillofacial wo Con (CT Maxillofacial wo Con)

**Laboratory Results**
**ED Labs** (last two resulted values within 24 hours)

**Hematology**
WBC:  12.4 (H)
Hemoglobin:  12.0 (L)
Hematocrit:  35.4 (L)
Platelets:  243
Neutrophils:  85
MCV:  91.0
Lymph%:  8

**Chemistry**
Sodium:  139
Potassium:  3.8
Chloride:  107
$CO_2$:  24
Anion Gap:  12
Glucose:  107 (H)
BUN:  14
Creatinine:  0.76
Calcium:  8.6
Total Bilirubin:  <0.3
ALT:  11
AST:  19
Alk Phos:  82

**Diagnostic Results/Interpretation**
Radiology
**Result Date:** 08/26/24 21:19
**Verified By:** Vinh, Phillip DO at 08/26/24 22:01

**Report :** CT Maxillofacial wo Con
IMPRESSION:Comminuted fracture of the neck of the condylar
process of the mandible on the left. Anterior subluxation of the
condylar head.Fracture of the anterior alveolar ridge of the #22
through #24 teeth. 08/26/24 22:01
+++++++++++++++++++++++++++++++++++++++++
+++++++++++++++++++++

**Result Date:** 08/26/24 21:15
**Verified By:** Bemrick II, Robert J MD at 08/26/24 21:18

**Report :** CT Head wo Con

Date/Time Printed:   8/29/2024 09:29 PDT                          Page 3 of 15

Patient Name: YANDELL, RONALD DEAN
Date of Birth: 6/28/1962
MRN: V27927
EIN: 1000000191112932G V27927

Case 2:25-cv-01049-DMC    Document 1    Filed 04/08/25    Page 12 of 46
* Auth (Verified) *

SAC005-04          8/29/2024 9:32:08 AM   PAGE    5/016    Fax Server

## ✻ Dignity Health.

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:  916-537-5000

NAME: YANDELL, RONALD DEAN
MRN:  1000881182(AMB); 10722426(M)

Acct #: 118643436(M)
Pt Loc: MSJ ED

DOB: 6/28/1962  Age: 62 years    Sex:M
Admit Date:  8/26/2024
Disch Date:  8/27/2024
Physician:

### *Emergency Documentation - MD*

IMPRESSION: No intracranial trauma. No acute fracture is seen.
08/26/24 21:18
++++++++++++++++++++++++++++++++++++
+++++++++++++++++++++

Result Date: 08/26/24 21:14
**Verified By:** Bemrick II, Robert J MD at 08/26/24 21:25

**Report :** CT C Spine wo Con
IMPRESSION: Degenerative changes, as described.No acute
cervical spine trauma is identified. 08/26/24 21:25
++++++++++++++++++++++++++++++++++++
+++++++++++++++++++++

Result Date: 08/26/24 21:09
**Verified By:** Vinh, Phillip DO at 08/26/24 21:51

**Report :** CT Chest+Abdomen+Pelvis w Con
IMPRESSION:1.  No CT evidence of intrathoracic or
abdominopelvic solid organ injury or hemorrhage.2.  Axial,
coronal and sagittal reconstructions of the thoracolumbar spine
demonstrate subtle nondisplaced fracture of the left transverse
process of L1 of indeterminate age.3.  Status post partial left
colon resection with anastomosis in the rectosigmoid colon.
08/26/24 21:51
++++++++++++++++++++++++++++++++++++
+++++++++++++++++++++

Result Date: 08/26/24 21:09
**Verified By:** Vinh, Phillip DO at 08/26/24 21:51

**Report :** CT 3D wo Separate Workstation
IMPRESSION:1.  No CT evidence of intrathoracic or
abdominopelvic solid organ injury or hemorrhage.2.  Axial,
coronal and sagittal reconstructions of the thoracolumbar spine
demonstrate subtle nondisplaced fracture of the left transverse
process of L1 of indeterminate age.3.  Status post partial left
colon resection with anastomosis in the rectosigmoid colon.
08/26/24 21:51
++++++++++++++++++++++++++++++++++++
+++++++++++++++++++++

**Reexamination/Reevaluation**
Patient reassessed prior to discharge.  He is resting comfortably with
pain controlled.  C-collar removed with no C-spine tenderness.  He is
tolerating fluids.
**Vital Signs - This Encounter, Most Recent, Last 24 hours**
Temperature PO: 36.8 deg C
Heart Rate: 84 bpm

Date/Time Printed:   8/29/2024 09:29 PDT                    Page 4 of 15

---

Facility: SAC

Patient Name: YANDELL, RONALD DEAN
Date of Birth: 6/28/1962

MRN: V27927
FIN: 1000000191129326V27927

Case 2:25-cv-01049-DMC    Document 1    Filed 04/08/25    Page 13 of 46

* Auth (Verified) *

SAC005-04          8/29/2024 9:32:08 AM  PAGE    6/018   Fax Server

 **Dignity Health.**

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:  916-537-5000

NAME: YANDELL, RONALD DEAN
MRN:  1000881182(AMB); 10722426(M)

Acct #: 118643436(M)
Pt Loc: MSJ ED

DOB: 6/28/1962  Age: 62 years     Sex:M
Admit Date: 8/26/2024
Disch Date:  8/27/2024
Physician:

### Emergency Documentation - MD

Monitored Cardiac Rhythm: Normal sinus rhythm
Resp Rate (Monitor): 16 Breaths/Min
NIBP Systolic: 122 mm Hg
NIBP Diastolic: 78 mm Hg
Oxygen Method: Room air
SPO2: 98 %

**Medical Decision Making**
Patient presented to the emergency department with head and facial
injuries after an altercation.  He is also having low back pain.  At
time of presentation he is protecting his airway, awake alert with
GCS 15.  Vitals are stable.  CT alert was activated and CT imaging
obtained as above.  He may have an acute versus
subacute transverse process fracture.  As he is having pain he was
notified of an acute fracture to his transverse process.  He has no
spinal cord involvement and we discussed pain control and
outpatient follow-up.  As for his facial injuries as above I did consult
ENT.  Patient has a comminuted fracture of the neck of the condylar
process of the mandible on the left side.  He has no trismus or
severe pain.  He is tolerating fluids.  He was started on antibiotics.  I
discussed surgical versus nonoperative management with ENT who
recommends the latter and as patient tolerating fluids with pain
controlled agrees with outpatient management.  Patient may have a
rupture in his left TM.  He was notified to avoid any water in the
ear and again to follow-up with ENT.  Patient will be placed on
antibiotics.  As for his alveolar ridge fracture, patient will follow-up
with dentistry.  All injuries were discussed with patient and present
staff for appropriate care to be provided.  A prescription for
antibiotics provided.  Patient was stable at time of discharge.

**Consults**
Case discussed with on-call ENT Dr. Sykes.  We reviewed imaging
and exam findings.  Recommends outpatient management with soft
diet and follow-up.  No indication for emergent surgery or
hospitalization.

**Final Diagnosis**
**Diagnosis this visit:**
Condylar process of mandible, closed fracture (S02.610A)
08/26/2024 22:58   Discharge
Lumbar transverse process fracture (S32.009A) 08/26/2024 22:59
Discharge
Fracture of alveolar border of mandible (S02.670A) 08/26/2024
23:00   Discharge
Rupture of left tympanic membrane (H72.92) 08/27/2024 00:07
Discharge

**Disposition**

Discharge
   **Order Details:**  08/26/24 23:00:00 PDT, Today, Correctional
Facility

Date/Time Printed:   8/29/2024 09:29 PDT

SAC005-04                8/29/2024 9:32:08 AM  PAGE   7/016  Fax Server

 **Dignity Health**

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:  916-537-5000

NAME: **YANDELL, RONALD DEAN**
MRN:  1000881182(AMB); 10722426(M)

DOB: 6/28/1962  Age:  62 years     Sex:M
Admit Date:  8/26/2024
Disch Date:  8/27/2024

Acct #: 118643436(M)
Pt Loc: MSJ ED

Physician:

### *Emergency Documentation - MD*

<u>Condition</u>
Stable, improved

<u>Discharge Medications</u>
**New Prescriptions**
1. amoxicillin-clavulanate(Augmentin 875 mg oral tablet) 1 Tab
By mouth Tab every 12 hours 7 Day Special Instructions: Dosage
expressed as amoxicillin with food or milk

<u>Follow-up</u>
**Follow-Up Details:**
**Provider/Org Name:** Jonathan Sykes
**Within:** 2 to 4 days
**Address:** business (1) 5 Medical Plaza;Ste 100 Roseville CA
95661;(916) 773-0395 Business (2);

*Electronically Signed By:*
*Penna, Elliott J MD*
*On 08/27/24 03:27*
*Co Signature By:*
*Modify Signature By:*
*Penna, Elliott J MD*
*On 08/27/24 03:27*

Facility: SAC

SAC005-04          8/29/2024 9:32:08 AM   PAGE   8/016   Fax Server

 **Dignity Health.**

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:   916-537-5000

NAME: YANDELL, RONALD DEAN
MRN:  1000881182(AMB); 10722426(M)

DOB: 6/28/1962  Age: 62 years     Sex:M
Admit Date:  8/26/2024
Disch Date:  8/27/2024
Physician:

Acct #: 118643436(M)
Pt Loc: MSJ ED

---

### Computerized Tomography

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Maxillofacial wo Con | 18-CT-24-455197 | 8/26/2024 21:19 PDT | Auth (Verified) | Penna,Elliott J MD |

**Reason For Exam**
(CT Maxillofacial wo Con) trauma to face/head and neck with LOC, back pain

**Report**
EXAM: CT Maxillofacial wo Con

EXAM DATE: 8/26/2024 8:34 PM PDT

INDICATION: Trauma to the face.

TECHNIQUE: Helical axial images were performed through the facial bones. Coronal reformats were also performed.

Radiation dose: CTDI (mGy): DPL (mGy/cm)  0.14, 12.76: 273

COMPARISON: None.

FINDINGS:

There is a comminuted fracture of the neck of the condylar process of the mandible on the left. There is anterior subluxation of the condylar head. There is also a fracture of the anterior alveolar ridge of the #22 through #24 teeth.

The paranasal sinuses and mastoid air cells are clear.

The globes are intact. The orbital fat is preserved.

Degenerative changes are seen in the right temporomandibular joint. Status post prior fixation of the right mandibular body.

IMPRESSION:

Comminuted fracture of the neck of the condylar process of the mandible on the left. Anterior subluxation of the condylar head.

Fracture of the anterior alveolar ridge of the #22 through #24 teeth.

                    ***F I N A L***
*Dictated by: Vinh, Phillip DO, DO*
*Electronically signed by:  Vinh, Phillip DO*
*Transcribed by:SP , D: 08/26/2024 21:48, T: 08/26/2024 21:48, S: 08/26/2024 22:01*
                    ***F I N A L***

Date/Time Printed:  8/29/2024 09:29 PDT

* Auth (Verified) *

SAC005-04          8/29/2024 9:32:08 AM  PAGE    9/016  Fax Server

## ❋ Dignity Health.

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:    916-537-5000

NAME: YANDELL, RONALD DEAN          DOB: 6/28/1962  Age: 62 years    Sex:M
MRN:  1000881182(AMB); 10722426(M)  Admit Date: 8/26/2024
                                     Disch Date:  8/27/2024
Acct #: 118643436(M)                Physician:
Pt Loc: MSJ ED

---

### *Computerized Tomography*

---

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Head wo Con | 18-CT-24-455194 | 8/26/2024 21:15 PDT | Auth (Verified) | Penna,Elliott J MD |

**Reason For Exam**
(CT Head wo Con) trauma to face/head and neck with LOC, back pain

**Report**
CT HEAD WITHOUT CONTRAST - 8/26/2024 8:34 PM PDT

CLINICAL INDICATION: trauma to face/head and neck with LOC, back pain

COMPARISON: None.

TECHNIQUE: Helical scanning was obtained from the vertex to the skull base without
intravenous contrast. Radiation dose: CTDI Vol ( mGy); DLP ( mGy-cm)

FINDINGS:

Ventricles, sulci, and cisterns: Appropriate for age.
Mass or mass effect: None.
Extra-axial fluid collections: None
Acute hemorrhage or acute infarction: None.

Cerebellum and brainstem: Intact.
Lacunar infacts: None.
Gray/white differentiation: Preserved.

MCA density: Symmetric.
Calvarium and scalp: Intact.
Paranasal and mastoid sinuses: No acute finding.

IMPRESSION:

No intracranial trauma. No acute fracture is seen.

                  ***F I N A L***
*Dictated by:  Bemrick II, Robert J MD, MD*
*Electronically signed by:  Bemrick II, Robert J M*
*Transcribed by:SP , D: 08/26/2024 21:17, T: 08/26/2024 21:17, S: 08/26/2024 21:18*
                  ***F I N A L***

---

Date/Time Printed:  8/29/2024 09:29 PDT                          Page 8 of 15

SAC005-04          8/29/2024 9:32:08 AM   PAGE   10/016   Fax Server

**✳ Dignity Health.**

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:   916-537-5000

NAME: YANDELL, RONALD DEAN
MRN: 1000881182(AMB); 10722426(M)

DOB: 6/28/1962   Age: 62 years      Sex:M
Admit Date: 8/26/2024
Disch Date: 8/27/2024

Acct #: 118643436(M)
Pt Loc: MSJ ED

Physician:

### Computerized Tomography

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT C Spine wo Con | 18-CT-24-455193 | 8/26/2024 21:14 PDT | Auth (Verified) | Penna,Elliott J MD |

**Reason For Exam**
(CT C Spine wo Con) trauma to face/head and neck with LOC, back pain

**Report**
EXAM: CT C-Spine

EXAM DATE: 8/26/2024 8:34 PM PDT

INDICATION: trauma to face/head and neck with LOC, back pain

TECHNIQUE: Helical axial images of the cervical spine are obtained through the cervical spine
without intravenous contrast. Coronal and sagittal reformat images were performed on a
workstation. Radiation dose: CTDI Vol (mGy):DLP (mGy-cm) 13.48: 330.9

COMPARISON: None.

FINDINGS:

A normal cervical lordosis is present without focal angulation or subluxation. No vertebral
body fracture is identified. The C1-C2 articulation is intact. The facets are normally
aligned.

Moderate diffuse facet arthropathy is more prominent on the left. Moderate cervical
spondylosis is noted. Small to moderate-sized disc bulges are seen at C5-6 and C6-7. Mild
multilevel neural foraminal stenoses are more prominent on the left. The canal is
nonstenotic.

Please note this examination does not assess for ligamentous injury or instability. MRI is
more sensitive for intervertebral disc herniation, cord pathology, ligament injury, and
annular tearing.

IMPRESSION:

Degenerative changes, as described. No acute cervical spine trauma is identified.

           ***FINAL***
*Dictated by: Bemrick II, Robert J MD, MD*
*Electronically signed by: Bemrick II, Robert J M*
*Transcribed by:SP , D: 08/26/2024 21:23, T: 08/26/2024 21:23, S: 08/26/2024 21:25*
           ***FINAL***

_____

Date/Time Printed:   8/29/2024 09:29 PDT                           Page 9 of 15

* Auth (Verified) *

SAC005-04          8/29/2024 9:32:08 AM  PAGE  11/016    Fax Server

## Dignity Health.

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:    916-537-5000

NAME: YANDELL, RONALD DEAN
MRN:  1000881182(AMB); 10722426(M)

Acct #: 118643436(M)
Pt Loc: MSJ ED

DOB: 6/28/1962  Age: 62 years        Sex:M
Admit Date:  8/26/2024
Disch Date:  8/27/2024
Physician:

### *Computerized Tomography*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT 3D wo Separate Workstation | 18-CT-24-455196 | 8/26/2024 21:09 PDT | Auth (Verified) | Penna,Elliott J MD |

**Reason For Exam**
(CT 3D wo Separate Workstation) trauma to face/head and neck with LOC, back pain

**Report**
EXAM: CT Chest+Abdomen+Pelvis w Con, CT 3D wo Separate Workstation

EXAM DATE: 8/26/2024 8:34 PM PDT

INDICATION: Trauma with back pain.

TECHNIQUE: After IV administration of intravenous contrast material, helical axial images
were obtained through the chest, abdomen and pelvis from the lung apices to the pubic
symphysis. Coronal reformations were performed on the CT scanner workstation. Axial, coronal
and sagittal reconstruction of the thoracolumbar spine were also performed at a separate
workstation.

IV Contrast: 100 mL Isovue-300.

RADIATION DOSE: CTDI Vol ( mGy): DLP ( mGy-cm) 0.03, 0.02, 0.75, 7.53, 4.30, 7.36: 555

COMPARISON: No relevant priors available

FINDINGS:

Chest:
Lung and Airways: The lungs are clear.  There is no consolidation or appreciable lesion.
Calcified granulomas are seen.
Pleura: No pleural effusion or pneumothorax.
Vessels: Within normal limits.
Heart: The heart is not enlarged.  There is no pericardial effusion.
Mediastinum and Hila: No masses or adenopathy.
Chest Wall and Lower Neck: Within normal limits.

Abdomen:
Liver: Tiny low-attenuation lesions are seen in the liver and are too small to characterize,
likely tiny cysts or small biliary hamartomas.
Bile Ducts: No biliary ductal dilatation.
Gallbladder: No calcified gallstones. Normal wall thickness.
Pancreas: Within normal limits.
Spleen: Within normal limits.
Adrenals: Within normal limits.

Date/Time Printed:  8/29/2024 09:29 PDT                          Page 10 of 15

* Auth (Verified) *

SAC005-04                8/29/2024 9:32:08 AM  PAGE  12/016  Fax Server

## ❀ Dignity Health.

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:    916-537-5000

NAME: YANDELL, RONALD DEAN                DOB: 6/28/1962  Age: 62 years        Sex: M
MRN: 1000881182(AMB); 10722426(M)         Admit Date: 8/26/2024
                                          Disch Date: 8/27/2024
Acct #: 118643436(M)                      Physician:
Pt Loc: MSJ ED

### *Computerized Tomography*

**Report**
Kidneys: Within normal limits. No hydronephrosis.

Pelvis:
Reproductive Organs: No pelvic masses, fluid, or adenopathy.
Bladder: Within normal limits.

GI Tract: There is no bowel dilatation to suggest intestinal obstruction. The appendix is not
visualized and is likely surgically absent. There is no evidence of acute appendicitis.
There is no evidence of acute diverticulitis. Status post partial resection of the left colon
with anastomosis in the rectosigmoid colon.
Lymph Nodes: No adenopathy is seen.
Peritoneum: No free fluid or free air is seen.
Vasculature: The abdominal aorta is normal in caliber without evidence of aneurysm.
Bones: Multilevel degenerative disc disease is seen in the thoracolumbar spine with vacuum
disc phenomena. The combination of degenerative disc and facet joint disease causing moderate
central canal stenosis at L4-L5.

Axial, coronal and sagittal reconstructions of the thoracolumbar spine demonstrate a
nondisplaced fracture of the left transverse process of L1 of indeterminant age.

IMPRESSION:

1.  No CT evidence of intrathoracic or abdominopelvic solid organ injury or hemorrhage.

2.  Axial, coronal and sagittal reconstructions of the thoracolumbar spine demonstrate subtle
    nondisplaced fracture of the left transverse process of L1 of indeterminate age.

3.  Status post partial left colon resection with anastomosis in the rectosigmoid colon.

                ***FINAL***
Dictated by: Vinh, Phillip DO, DO
Electronically signed by: Vinh, Phillip DO
Transcribed by:SP , D: 08/26/2024 21:23, T: 08/26/2024 21:48, S: 08/26/2024 21:51
                ***FINAL***

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT | 18-CT-24-455195 | 8/26/2024 21:09 PDT | Auth (Verified) | Penna,Elliott J MD |
| Chest+Abdomen+Pelvis | | | | |
| w Con | | | | |

**Reason For Exam**
(CT Chest+Abdomen+Pelvis w Con) waive labs; trauma to face/head and neck with LOC, back pain

Date/Time Printed:  8/29/2024 09:29 PDT                              Page 11 of 15

\* Auth (Verified) \*

SAC005-04            8/29/2024 9:32:08 AM  PAGE  13/016   Fax Server

**Dignity Health**

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:    916-537-5000

NAME: YANDELL, RONALD DEAN
MRN:  1000881182(AMB); 10722426(M)

Acct #: 118643436(M)
Pt Loc: MSJ ED

DOB: 6/28/1962  Age: 62 years      Sex:M
Admit Date: 8/26/2024
Disch Date: 8/27/2024
Physician:

---

*Computerized Tomography*

**Report**
EXAM: CT Chest+Abdomen+Pelvis w Con, CT 3D wo Separate Workstation

EXAM DATE: 8/26/2024 8:34 PM PDT

INDICATION: Trauma with back pain.

TECHNIQUE: After IV administration of intravenous contrast material, helical axial images
were obtained through the chest, abdomen and pelvis from the lung apices to the pubic
symphysis.  Coronal reformations were performed on the CT scanner workstation. Axial, coronal
and sagittal reconstruction of the thoracolumbar spine were also performed at a separate
workstation.

IV Contrast: 100 mL Isovue-300.

RADIATION DOSE: CTDI Vol (mGy):DLP (mGy-cm) 0.03, 0.02, 0.75, 7.53, 4.30, 7.36:555

COMPARISON: No relevant priors available

FINDINGS:

Chest:
Lung and Airways: The lungs are clear.  There is no consolidation or appreciable lesion.
Calcified granulomas are seen.
Pleura: No pleural effusion or pneumothorax.
Vessels: Within normal limits.
Heart: The heart is not enlarged.  There is no pericardial effusion.
Mediastinum and Hila: No masses or adenopathy.
Chest Wall and Lower Neck: Within normal limits.

Abdomen:
Liver: Tiny low-attenuation lesions are seen in the liver and are too small to characterize,
likely tiny cysts or small biliary hamartomas.
Bile Ducts: No biliary ductal dilatation.
Gallbladder: No calcified gallstones. Normal wall thickness.
Pancreas: Within normal limits.
Spleen: Within normal limits.
Adrenals: Within normal limits.
Kidneys: Within normal limits. No hydronephrosis.

Pelvis:
Reproductive Organs: No pelvic masses, fluid, or adenopathy.
Bladder: Within normal limits.

GI Tract: There is no bowel dilatation to suggest intestinal obstruction. The appendix is not

Date/Time Printed:  8/29/2024 09:29 PDT                    Page 12 of 15

Patient Name: YANDELL, RONALD DEAN
Date of Birth: 6/28/1962

MRN: V27927
FIN: 1000000191129326V27927

Case 2:25-cv-01049-DMC    Document 1    Filed 04/08/25    Page 21 of 46

* Auth (Verified) *

SAC005-04          8/29/2024 9:32:08 AM  PAGE  14/016   Fax Server

### Dignity Health.

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:   916-537-5000

NAME: YANDELL, RONALD DEAN
MRN:  1000881182(AMB); 10722426(M)

Acct #: 118643436(M)
Pt Loc: MSJ ED

DOB: 6/28/1962  Age: 62 years      Sex:M
Admit Date:  8/26/2024
Disch Date:  8/27/2024
Physician:

### *Computerized Tomography*

**Report**
visualized and is likely surgically absent. There is no evidence of acute appendicitis.
There is no evidence of acute diverticulitis. Status post partial resection of the left colon
with anastomosis in the rectosigmoid colon.
Lymph Nodes: No adenopathy is seen.
Peritoneum: No free fluid or free air is seen.
Vasculature: The abdominal aorta is normal in caliber without evidence of aneurysm.
Bones: Multilevel degenerative disc disease is seen in the thoracolumbar spine with vacuum
disc phenomena. The combination of degenerative disc and facet joint disease causing moderate
central canal stenosis at L4-L5.

Axial, coronal and sagittal reconstructions of the thoracolumbar spine demonstrate a
nondisplaced fracture of the left transverse process of L1 of indeterminant age.

IMPRESSION:

1.  No CT evidence of intrathoracic or abdominopelvic solid organ injury or hemorrhage.

2.  Axial, coronal and sagittal reconstructions of the thoracolumbar spine demonstrate subtle
    nondisplaced fracture of the left transverse process of L1 of indeterminate age.

3.  Status post partial left colon resection with anastomosis in the rectosigmoid colon.

            ***F I N A L***
Dictated by: Vinh, Phillip DO, DO
Electronically signed by: Vinh, Phillip DO
Transcribed by:SP , D: 08/26/2024 21:23, T: 08/26/2024 21:48, S: 08/26/2024 21:51
            ***F I N A L***

Patient Name: YANDELL, RONALD DEAN
Date of Birth: 6/28/1962

MRN: V27927
FIN: 1000001911129326V27927

Case 2:25-cv-01049-DMC    Document 1    Filed 04/08/25    Page 22 of 46

* Auth (Verified) *

SAC005-04                8/29/2024 9:32:08 AM   PAGE   15/016   Fax Server

 Dignity Health.

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:    916-537-5000

NAME: YANDELL, RONALD DEAN
MRN:  1000881182(AMB); 10722426(M)

Acct #: 118643436(M)
Pt Loc: MSJ ED

DOB: 6/28/1962   Age: 62 years      Sex:M
Admit Date:  8/26/2024
Disch Date:  8/27/2024
Physician:

## *Hematology*

### CBC

Collected Date   8/26/2024
Collected Time   21:23 PDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| WBC | 12.4 ᴴ | K/uL | 4.3-11.0 |
| RBC | 3.89 ᴸ | million/uL | 4.40-5.90 |
| Hgb | 12.0 ᴸ | gm/dL | 13.5-17.5 |
| Hct | 35.4 ᴸ | % | 41.0-52.0 |
| MCV | 91.0 | fL | 80.0-100.0 |
| MCH | 30.9 | pg | 25.0-35.0 |
| MCHC | 34.0 | gm/dL | 31.0-37.0 |
| RDW | 12.9 | % | 11.5-14.5 |
| Plt | 243 | K/uL | 150-400 |
| Neuts | 85 | % | |
| Lymphs | 8 | % | |
| Monos. | 6 | % | |
| Eos. | 1 | % | |
| Baso. | 0 | % | |
| ABS Neut | 10.5 ᴴ | K/uL | 1.3-7.4 |
| ABS Lymph | 0.9 | K/uL | 0.7-3.1 |
| ABS Mono | 0.7 | K/uL | 0.2-0.9 |
| ABS Eos | 0.1 | K/uL | 0.0-0.4 |
| CBC Scan | Auto Diff ᶠ¹ | | |

Result Comments
f1:      CBC Scan
         Verified by Discern

Date/Time Printed:   8/29/2024 09:29 PDT                      Page 14 of 15

Patient Name: YANDELL, RONALD DEAN
Date of Birth: 6/28/1962

MRN: V27927
FIN: 1000000191112932GV27927

Case 2:25-cv-01049-DMC     Document 1     Filed 04/08/25     Page 23 of 46

* Auth (Verified) *

SAC005-04                8/29/2024 9:32:08 AM   PAGE   16/016    Fax Server

 **Dignity Health.**

**Mercy San Juan Medical Center**
6501 Coyle Ave.
Carmichael, CA 95608-
Facility Phone #:     916-537-5000

NAME: YANDELL, RONALD DEAN                DOB: 6/28/1962  Age: 62 years      Sex:M
MRN: 1000881182(AMB); 10722426(M)         Admit Date: 8/26/2024
                                          Disch Date: 8/27/2024
Acct #: 118643436(M)                      Physician:
Pt Loc: MSJ ED

## Chemistry

Collected Date  8/26/2024
Collected Time  21:23 PDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Sodium | 139 | mmol/L | 136-146 |
| Potassium | 3.8 | mmol/L | 3.5-5.5 |
| Chloride | 107 | mmol/L | 98-110 |
| CO2 | 24 | mmol/L | 24-32 |
| Anion Gap | 12 [I1] | mmol/L | 4-22 |
| Glucose Level | 107 [H] | mg/dL | 70-99 |
| BUN | 14 | mg/dL | 8-25 |
| Creatinine | 0.76 | mg/dL | 0.50-1.50 |
| BUN/Crt Ratio | 18.4 | | 8.0-24.0 |
| eGFRcr | 102 [I2] | mL/min/1.73m2 | >=90 |
| Calcium | 8.6 | mg/dL | 8.4-10.5 |
| Corrected Calcium | 8.9 | mg/dL | 8.4-10.5 |
| Protein,Total | 6.2 | gm/dL | 6.0-8.0 |
| Albumin | 3.6 | gm/dL | 3.0-5.0 |
| Globulin | 2.6 | gm/dL | |
| A/G Ratio | 1.4 | | |
| Bili Total | <0.3 | mg/dL | 0.2-1.2 |
| ALT | 11 [I3] | Int Unit/L | 0-55 |
| AST | 19 | Int Unit/L | 5-34 |
| Alkphos | 82 [I3] | Int Unit/L | 40-150 |

Interpretive Data
I1:     Anion Gap
        The reported anion gap uses the calculation of (Na + K)-(Cl +CO2).
I2:     eGFRcr
        As of 07-26-2022, reported eGFR is based on the CKD-EPI 2021 equation that does not use
        a race coefficient.

        For eGFR of 45-59 mL/min/1.73m2 NKF, KDOQI, and KDIGO guidelines recommend confirming
        current results with new values based on eGFR calculated using both creatinine and
        cystatin C.

        Cystatin C is recommended in the outpatient patient setting for purposes of confirming
        chronic kidney disease, rather than in the acute setting for acute kidney injury or
        failure.

        The eGFRcr equation has not been validated on patients <18 years and will not be
        performed.
I3:     Alkphos, ALT

Date/Time Printed:   8/29/2024 09:29 PDT                          Page 15 of 15

## Mercy San Juan Medical Center
Emergency Department
G.A.C.H. DHS Lic. #030000086
6501 Coyle Ave.
Carmichael, CA 95608
(916) 864-5550

SAC/V27927

| Patient Name: YANDELL, RONALD DEAN | | |
|---|---|---|
| Birthdate: 06/28/1962 | Age: 62 Years | Sex: M |
| Patient Address: 100 FOLSOM PRISON RD REPRESA, CA 95671 | | Home Phone: (916) 985-8610 Work Phone: |
| Allergies: **No Known Medication Allergies** | | |

### Prescription Details:

**Rx: Augmentin 875 mg oral tablet**                     Date: 08/26/24

| SIG: | **1 Tab PO every 12 hours for 7 Day** |
|---|---|
| Instructions: | Dosage expressed as amoxicillin |
| | with food or milk |
| Dispense/Supply: | <14 Tab> |
| Refill: | <0> |

[ ] Dispense as Written  [X] Substitution Permitted  [ ] Sedation Warning  [ ] Do Not Drive

Number of drugs prescribed on this page:    1

Prescribed by:
**Penna, Elliott J MD**

DEA #: FP5423746                     NPI #: 1225410970

License #: A153882

MD Address : 6501 Coyle Ave. Carmichael, CA 95608

MD Phone # : 9168645550

Serial # WCB153A06220

*MEDICAL RECORDS*
Date: 8/27/2024
Sign:
*RECEIVED*

QUANTITY:
[X] 1-24
[ ] 25-49
[ ] 50-74
[ ] 75-100
[ ] 101-150
[ ] 151 and Over
_____Units
Refills [ ] 1  [ ] 2  [ ] 3  [ ] 4  [ ] 5  [X] NR
[ ] DO NOT SUBSTITUTE

Signature _____  Date: _____

Designated Prescriber, Carolyn "Robin" Lanam, M.D.  DEA # FL9118375  Ca Lic # A167875  NPI # 1942664552

PP171764-05-22
PUR RED IMAGE

22153134537   **002020**

Prescription is void if the number of drugs prescribed is not noted.

SP98
N-MSJ-744 (05/22)

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

SAC - California State Prison, Sacramento
Prison Road
Represa, CA 95671-

| | | | |
|---|---|---|---|
| **Patient:** | YANDELL, RONALD DEAN | | |
| DOB/Age/Sex: | 6/28/1962  62 years    Male | **CDCR #:** | V27927 |
| Encounter Date: | 12/18/2024 | **PID #:** | 11129326 |
| Attending: | Dhillon,Robinder P&S | Referring: | |

| *Progress Notes* |
|---|

| | |
|---|---|
| Document Type: | Progress Note-Nurse |
| Document Subject: | Emergency Response/TTA RN Summary |
| Service Date/Time: | 8/26/2024 22:54 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Vidiot,Almira RN (8/26/2024 22:55 PDT) |
| Sign Information: | Vidiot,Almira RN (8/26/2024 22:55 PDT) |
| Authentication Information: | Vidiot,Almira RN (8/26/2024 22:55 PDT) |

**Reason for Visit/Chief Complaint**
No qualifying data available.

**Prior to Arrival at TTA**
No qualifying data available.

**Vital Signs**
**Last Recorded Vital Signs:**

| Event Name | Event Result | Date/Time |
|---|---|---|
| Peripheral Pulse Rate | 85 bpm | 19:35 |
| Peripheral Pulse Rate | 86 bpm | 19:15 |
| Peripheral Pulse Rate | 86 bpm | 19:01 |
| Respiratory Rate | 20 br/min | 19:35 |
| Respiratory Rate | 20 br/min | 19:15 |
| Respiratory Rate | 18 br/min | 19:01 |
| Systolic Blood Pressure | 141 mmHg High | 19:35 |
| Systolic Blood Pressure | 123 mmHg | 19:15 |
| Systolic Blood Pressure | 147 mmHg High | 19:01 |
| Diastolic Blood Pressure | 54 mmHg Low | 19:35 |
| Diastolic Blood Pressure | 76 mmHg | 19:15 |
| Diastolic Blood Pressure | 90 mmHg | 19:01 |
| Oxygen Therapy | Room air | 19:35 |
| Oxygen Therapy | Room air | 19:15 |
| Oxygen Therapy | Room air | 19:01 |
| SpO2 | 96 % | 19:35 |
| SpO2 | 98 % | 19:15 |
| SpO2 | 99 % | 19:01 |
| SpO2 Location | Left hand | 19:35 |
| SpO2 Location | Left hand | 19:15 |
| SpO2 Location | Left hand | 19:01 |

**Last Recorded Pain Assessment:**
Respiratory Rate: 20 br/min

**Incident Timeline**
No qualifying data available.
No qualifying data available.
**EMS Times:**
No qualifying data available.

**Problem List/Past Medical History**
Ongoing
  Iron deficiency anaemia
  Methamphetamine use disorder, severe
  Opioid use disorder
  UC - Ulcerative colitis
Historical
  No qualifying data

**Active Medications**
Inpatient
  buprenorphine-naloxone 8 mg-2 mg
    sublingual film, 2 Film-SL, SL, qPM
  Colace, 200 mg= 2 cap, Oral, BID-KOP
  Fiber Lax, 1250 mg= 2 tab, Oral, TID-KOP
  naloxone, 4 mg= 1 spray, Nasal, Once-KOP,
    PRN
  Pentasa 500 mg oral capsule, extended
    release, 500 mg= 1 cap, Oral, TID-KOP
Home
  No active home medications

**Allergies**
No Known Medication Allergies

Report Request ID:  95495998

Print Date/Time:  3/18/2025 09:25 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Patient:        YANDELL, RONALD DEAN
DOB/Age/Sex:  6/28/1962  / 62 years    / Male        CDCR: V27927

---

## *Progress Notes*

Respiratory Rate: 20 br/min
Respiratory Rate: 18 br/min
SpO2: 96 %
SpO2: 98 %
SpO2: 99 %
**Pain Interventions:**
No qualifying data available.

**Systems Assessment**

Respiratory
No qualifying data available.
Respiratory Signs and Symptoms: Unlabored
Respiratory Rhythm: Regular
Respiratory Rate: 20 br/min
Respiration Patterns: Normal rate and depth
Respiratory Effort: Breathing spontaneous

Neurological
No qualifying data available.

Pupils Assessment
No qualifying data available.

Cardiovascular
No qualifying data available.

HEENT
No qualifying data available.

Gastrointestinal
No qualifying data available.

Genitourinary
No qualifying data available.

Behavioral
No qualifying data available.

**Nursing Diagnosis**
Problem: _ related to _ as evidenced by_
Problem: _ related to _ as evidenced by_

**Treatments**
1815: I/P arrival to TTA, ambulatory with steady gait. Alert/oriented x 4. Not in respiratory
distress. Upon assessment, noted 3 loose lower teeth at left side and 1 tooth extracted at
same area which happened at the yard. Laceration noted at chin area approximately 3 cm
x 0. 3 cm. Wound dressing with Saline and gauze. Vital signs taken: 126/91, PR 85 , RR
18. T 98.7
1832: RN was called at the station to see patient at bedside. Noted bleeding at left ear.
Dressing done. Patient complained of headache as well.
1835: Notified Dr. Hlaing of the findings. Ordered to transfer to HLOC, Code 2 to SJGH.
Watch commander was informed.
1900: Notified Dr. Hlaing. Patient is drowsy. Patient stated he feels like he is drunk. Code
upgraded to 3.

---

Report Request ID:    95495998                    Print Date/Time:   3/18/2025 09:25 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Patient:    **YANDELL, RONALD DEAN**
DOB/Age/Sex:  6/28/1962  / 62 years    / Male        CDCR: V27927

| *Progress Notes* |
|---|

1920: Tried to insert a peripheral IV twice but was unsuccessful.
1940: EMS came . Report done.1947: Patient left TTA, attached to cardiac monitor. With stable vital signs.

**Disposition**
TTA-Disposition To: Community hospital (19:47)
TTA-Mode of Disposition Via: Ambulance (19:47)
TTA-Category: Emergent (911) (19:47)
TTA-Condition on Disposition: Stable (19:47)

**Handoff**
Other Special Hand-off Report: Eleanor RN - Mercy San Juan (19:47)
Nurse Giving Report: Vidiot, Almira RN (19:47)
Patient ID Verified: Yes (19:47)

**Encounter Info:** Patient Name: RONALD YANDELL,DOB: 06/28/1962,CDCR: V27927,FIN: 10000001911129326V27927,Facility: SAC,Encounter Type: Institutional Encounter

Electronically Signed on 08/26/2024 10:55 PM PDT

_____
Vidiot, Almira RN, RN

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

SAC - California State Prison, Sacramento
Prison Road
Represa, CA 95671-

**Patient:** YANDELL, RONALD DEAN
**DOB/Age/Sex:** 6/28/1962  62 years    Male
**Encounter Date:** 12/18/2024
**Attending:** Dhillon,Robinder P&S

**CDCR #:**    V27927
**PID #:**    11129326
**Referring:**

---

## *Progress Notes*

---

| | |
|---|---|
| Document Type: | Progress Note-Nurse |
| Document Subject: | Transfer to HLOC |
| Service Date/Time: | 8/26/2024 18:15 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Vidiot,Almira RN (8/26/2024 22:04 PDT) |
| Sign Information: | Vidiot,Almira RN (8/26/2024 22:04 PDT) |
| Authentication Information: | Vidiot,Almira RN (8/26/2024 22:04 PDT) |

1815: I/P arrival to TTA, ambulatory with steady gait. Alert/oriented x 4. Not in respiratory distress. Upon assessment, noted 3 loose lower teeth at left side and 1 tooth extracted at same area which happened at the yard. Laceration noted at chin area approximately 3 cm x 0. 3 cm. Wound dressing with Saline and gauze. Vital signs taken: 126/91, PR 85 , RR 18. T 98.7

1832: RN was called at the station to see patient at bedside. Noted bleeding at left ear. Dressing done. Patient complained of headache as well.

1835: Notified Dr. Hlaing of the findings. Ordered to transfer to HLOC, Code 2 to SJGH. Watch commander was informed.

1900: Notified Dr. Hlaing. Patient is drowsy. Patient stated he feels like he is drunk. Code upgraded to 3.

1920: Tried to insert a peripheral IV twice but was unsuccessful.

1940: EMS came . Report done.

1947: Patient left TTA, attached to cardiac monitor. With stable vital signs.

Electronically Signed on 08/26/2024 10:04 PM PDT

---

Vidiot, Almira RN, RN

---

Report Request ID:  95496009

Print Date/Time:   3/18/2025 09:26 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

SAC - California State Prison, Sacramento
Prison Road
Represa, CA 95671-

**Patient:**  YANDELL, RONALD DEAN
DOB/Age/Sex:  6/28/1962  62 years  Male
Encounter Date:  12/18/2024
Attending:  Dhillon,Robinder P&S

CDCR #:  V27927
PID #:  11129326
Referring:

| *Progress Notes* |
|---|

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Outpatient Progress Note
Free Text Note/ on call note for August 26
8/27/2024 09:50 PDT
Auth (Verified)
Hlaing,Min P&S (8/27/2024 09:54 PDT)
Hlaing,Min P&S (8/27/2024 09:54 PDT)
Hlaing,Min P&S (8/27/2024 09:54 PDT)

**PROVIDER ON-CALL/TELEPHONE NOTE for Last night**

**Patient's Age:** 62 Years  **Ethnicity:** White  **Gender:** Male
**PCP:** Hlaing, Min P&S  **Housing:** SAC Z 001E1

**Information per:** _TTA RN

**Chief Complaint:** _facial injury after incident

**Pertinent health history:** Had incident with custody and he was forced down and had loss of consciousness. He lost one tooth and has 3 loose lower teeth. Had bledding from mouth, nose and ear.

**Allergies**
  No Known Medication Allergies

**Medication List**
  **Active Medications**
    Ordered
      amoxicillin-clavulanate: 1 tab, Oral, q12hr.
      buprenorphine-naloxone: 2 Film-SL, SL, qPM.
      docusate: 200 mg, Oral, BID-KOP.
      mesalamine: 500 mg, 1 cap, Oral, TID-KOP.
      naloxone: 4 mg, Nasal, Once-KOP, PRN: other (see comment).
      polycarbophil: 1,250 mg, Oral, TID-KOP.
  **Medications Inactivated in the Last 72 Hours**
    No medications found.

**Last Recorded Vital Signs:**
No qualifying data available.

**Objective:** Patient has significant facial and head injury

Report Request ID:  95495994

Print Date/Time:  3/18/2025 09:25 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Patient:        **YANDELL, RONALD DEAN**
DOB/Age/Sex:  6/28/1962  / 62 years    / Male          CDCR: V27927

| *Progress Notes* |
|---|

**Plan: Transfer to higher level of care for CT head**


Addendum:

I saw patient today as RN co consult.
Patient is neurologically intact.
He is to see dentist.
Patient states he was offered surgery for his mandible fracture, but he does not want it since he was told by ER MD that result will be the same whether he gets surgery or ot.

**Encounter Info:** Patient Name: RONALD YANDELL,DOB: 06/28/1962,CDCR: V27927,FIN: 10000001911129326V27927,Facility: SAC,Encounter Type: Institutional Encounter

Report Request ID:    95495994                          Print Date/Time:   3/18/2025 09:25 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

#V27927

Audiology Note                                          YANDELL, RONALD DEAN - 1175585
* Final Report *

RECEIVED
MAR 1 1 2025
HEALTH RECORDS

| | |
|---|---|
| Result type: | Audiology Note |
| Result Date: | March 10, 2025 12:14 PDT |
| Result Status: | Auth (Verified) |
| Result Title/Subject: | Audiology Eval Report- (asymm mixed HL ) |
| Performed By/Author: | Ghadialy, Fatema MA on March 10, 2025 12:17 PDT |
| Verified By: | Ghadialy, Fatema MA on March 10, 2025 12:47 PDT |
| Encounter info: | 31536362, San Joaquin Hosp, Outpatient, 3/10/2025 - 3/10/2025 |

## * Final Report *

**Audiology Eval Report- (asymm mixed HL )**

Patient: **YANDELL, RONALD DEAN**    MRN: **1175585**    FIN: **31536362**
Age: **62 years**    Sex: **Male**    DOB: **6/28/1962**
Associated Diagnoses: **None**
Author: **Ghadialy, Fatema MA**

Audiology Note:

S: 62 y.o. male security patient, with h/o trauma to left ear at an altercation at the facility with a subsequent left tympanic membrane rupture.   Ptn. reports decrease hearing in the left ear. He reported no pain, ringing, or dizziness.  Ptn reported he had visited an ENT 3 months ago and was found to have a left tympanic perforation. He denied any past h/o ear infections, drainage, or ear aches, noise exposure or family h/o hearing loss. Ptn. has never used a hearing aid in the past.


O: Audiological evaluation:

Otoscopy: Clear ear canals bilaterally.  Normal tympanic membrane on both ears.  No perforation seen on left tympanic membrane.

Test Reliability: Conducted using conventional audiometric techniques via insert earphones and responses are judged to have good reliability.

Test findings indicate asymmetrical hearing in both ears with left ear worse.

Test results:

Rt. ear: mild to moderate sensorineural hearing loss at 250-8000 Hz.

Lt. ear: mild to severe mixed hearing loss (air-bone gaps of 15-20 dB) at 250-8000 Hz.

Speech reception thresholds:   Rt ear:  30 dB HL
                          Lt ear: 30 dB HL

| | | |
|---|---|---|
| Printed by: | Heu, Amy | |
| Printed on: | 3/11/2025 10:24 PDT | |

RECEIVED
MAR 1 1 2025

Page 1  of 2

Facility: FOL

Audiology Note
* Final Report *

YANDELL, RONALD DEAN - 1175585

These are consistent with puretone averages for each ear.
Speech Discrimination Scores(@MCL):   Rt ear: 100%
                                       Lt ear: 90%

Tympanometry:       Rt ear: Type "A" tympanogram
                    Lt ear: Type "A" tympanogram

Ipsilateral acoustic reflexes at 500-1000 Hz were present in the left ear and absent in the right ear at 500-4000 Hz.
Otoacoustic Emissions Testing (OAE): Distortion Product Otoacoustic Emissions were present at only 1500-3000 Hz in the right ear and 1000-2000 Hz in the left ear. Distortion Product Otoacoustic Emissions (DPOAE) determine normal functioning cochlear outer hair cells with normal middle ear and cochlear function that is sensitive to 35 dB HL or louder between frequency ranges of 750-10,000 Hz. DPOAEs were absent at most frequencies in both ears suggesting abnormal middle ear/peripheral cochlear function in both ears.

A: Test findings indicate asymmetrical hearing in both ears with left ear worse. Test findings indicate mild to moderate sensorineural hearing loss at 250-8000 Hz in the right ear and mild to severe mixed hearing loss (air-bone gaps of 15-20 dB) at 250-8000 Hz in the left ear. Tympanometry results indicate normal middle ear function in the both ears and may be consistent with healed tympanic membrane perforation in the left ear. Further the OAE test findings indicate abnormal middle ear/peripheral cochlear function in both ears. Ptn. may benefit from amplification in the both ears.

P: 1.  F/u with PCP re test findings and recommendations. ENT consult is recommended re: r/o retrocochlear pathology for the left ear. PCP is requested to do ENT referral.
2. Retest hearing per ENT.
3. Ptn. may benefit from amplification in the both ears.

**Completed Action List:**
* Perform by Ghadialy, Fatema MA on March 10, 2025 12:17 PDT
* Modify by Ghadialy, Fatema MA on March 10, 2025 12:47 PDT
* Sign by Ghadialy, Fatema MA on March 10, 2025 12:47 PDT
* VERIFY by Ghadialy, Fatema MA on March 10, 2025 12:47 PDT

Exhibit B

Dental Records



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

SAC - California State Prison, Sacramento
Prison Road
Represa, CA 95671-

| | |
|---|---|
| **Patient:** | **YANDELL, RONALD DEAN** |
| DOB/Age/Sex: | 6/28/1962   62 years   Male |
| Encounter Date: | 12/18/2024 |
| Attending: | Dhillon,Robinder P&S |

**CDCR #:** V27927
**PID #:** 11129326
**Referring:**

---

### *Dental*

---

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Dental Oral/Surgery Progress Note
Dental Note
8/27/2024 00:00 PDT
Auth (Verified)
Ly,Blong Dentist (8/27/2024 09:50 PDT)

**Dental Note**
```
----- Tuesday, August 27, 2024 at 9:50:58 AM -----
----- Provider: DAANANNEN - Anna Nannen, DA -- Clinic: SAC_AS -----
 Nannen, Anna Dental Assistant - 8/27/2024 9:51 AM PDT
Vital Signs
Temperature Infrared IR :   36.9 DegC( Converted to: 98.4 DegF)
Peripheral Pulse Rate :    84 bpm
Systolic/ Diastolic BP :   127 mmHg
Diastolic Blood Pressure :    85 mmHg
Height/Length Measured :   175.26 cm( Converted to: 5 ft 9 inch, 5.75 ft,
69.00 inch)
Body Mass Index Measured :   0 kg/m2
Nannen, Anna Dental Assistant - 8/27/2024 9:51 AM PDT
```

 Pre-appointment COVID-19 screening performed.  Patient responses were:

Question #1: · Within the last 14 days or currently did/does the patient have
a fever, cough, shortness of breath, difficulty breathing, chills, new muscle
pain, sore throat, or loss of taste/smell? The patient had/has the following
symptoms:
None ( None of the above symptoms)

    Based upon answers to question #1, was a referral made to
Medical/Nursing for further assessment ( If no, explain why not)? Not
Applicable, no referral indicated.

Question #2:  Has the patient been in close contact with anyone who has been
identified as having the Coronavirus AKA COVID-19? No

    Based upon answers to question #2, was local Public Health Nursing,
Dental, and Medical leadership contacted ( If no, explain why not)?   Not
Applicable, no contact indicated.

---

Report Request ID:  95495997

Print Date/Time:  3/18/2025 09:25 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged**
**information intended for the recipient only.**

Patient:       **YANDELL, RONALD DEAN**
DOB/Age/Sex:   6/28/1962  / 62 years      / Male          CDCR: V27927

| *Dental* |
|---|

Results of last COVID-19 test: Negative. Date of last COVID-19 test: Tuesday, March 21, 2023

Aerosol Mitigation Strategy used:
Air Purification Units functioning at full speed, N-95 Respirator and/or PAPR by all staff, 1.5% Hydrogen Peroxide Pre-Procedural Oral Rinse (10ml for 60 sec) and Supplemental High Speed Evacuation.

D7140 Extract, erupted th/exposed rtTooth: 25

D7140 Extract, erupted th/exposed rtTooth: 24

D7140 Extract, erupted th/exposed rtTooth: 23

D7140 Extract, erupted th/exposed rtTooth: 22

D7311 Alveoloplasty w/ext 1-3 th/quadQuadrant: LL

C0025 Time Out Performed

D0140 Limited oral evaluation

D0230 Intraoral-periapical-each add'l

D0220 Intraoral-periapical-1st film

C0020 EC Met

Dental clinic alerted about IP sustain possible mandibular fx and need to be seen urgently this AM.

S: Patient here today for dental limited exam/triage unscheduled.  Patient presents "My teeth are loose and I had a fx jaw but it's not complete and so the doctors are not doing surgery but let it heal on its own". Patient indicated aching, pounding, sore and tender pain in LL quadrant.  Patient reports onset of symptoms < 24 hours ago.  Pain 9/10.

O: Patient identification confirmed with full name, date of birth, and CDCR number. HHX reviewed (significant for rev med alert; NKDA,). Existing radiographs and clinical notes reviewed.  Fractured root and root tip(s). Trauma to front mandible leading to fx crowns on #25, avulsed #22, subluxation of #23,24 and displacement of labial alveolar bone of #23,24.  Alveolar bone with #23,24 is mobile and held down by gingival tissue. Recommend extraction, alveolar plasty and suture. Consider PLD prosthetics in future.  IP claim to have pain meds Rx by medical today visit before dental visit.  Reviewed hospital

---

Report Request ID:   95495997                           Print Date/Time:   3/18/2025 09:25 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Patient:    **YANDELL, RONALD DEAN**
DOB/Age/Sex:  6/28/1962  / 62 years    / Male        CDCR: V27927

| *Dental* |
|---|

discharge documents and TTA/medical clinic 50 notes.  IP able to open
30-40mm w/o pain and no deviation upon opening. Slight asymmetry of left face
of zygoma area where injury sustained. Slight swelling of left inner buccal
mucosa.  Bilateral teeth MIP observed. Recommend pano film and Provider request
for pano already placed.

A: Tooth #25 with fractured crown and RF, #22 avulsed w/small RF at apex ,
#23,24 subluxation w/alveolar bone fx and partially edentulous ridge.  Non
restorable teeth #23,24 and RF #22 and 25. Patient has oral surgery needs.
Patient is in need of a comp exam.

P: Discussed clinical findings, recommended tx and RBACs with patient.  Pain
profile completed by patient. Select PAs/BWs taken. No Rx given. Instructed
patient to submit a 7362 requesting a comprehensive dental exam. NV -
Provider Request 14day suture removal.

Performed Time Out Protocol. Explain RBACs of oral surgery to patient.
Patient Consent to Dental Extraction signed. Administered 2 carpules = 3.4
mLs of Lidocaine, 2% with Epinephrine 1:100,000, as inferior alveolar block.
Administered 2 carpules = 3.4 mLs of Articaine 4% with Epinephrine 1:100,000,
as long buccal block., PDL injection. and local infiltration.  Surgical
extraction of tooth #22,23(labial alveolar bone fragment),24,25 with
minimally elevated mucoperiosteal flap, removal of bone with surgical handpiece
 and alveoloplasty of extraction site elevation, and forceps delivery.  Site
curetted and irrigated.  Six, 4-0 silk suture(s) placed.  Hemostasis obtained.
 No Rx given since per IP, medical already provided pain meds.  Patient
tolerated tx well and was dismissed in good condition. Placed provider
request suture removal 2 weeks.

E: Discussed clinical findings, recommended tx and RBACs with patient; all
questions answered.  Patient indicates understanding.

Assistant: A. Nannen, RDA

EC needed; refer to EC template below.

Reading Level: 0.0

1. Disability: Reading Level < or = 4.0.
2. Accommodation: Additional time, Speaking Louder, Speaking Slower and Basic
Language.
      Equipment: Not Applicable.
      Interpreter: Not Applicable.
3. Effective Communication (EC): Patient asked questions, Patient summarized
info and EC was Reached.
      If EC not reached, explain attempts made:  Not Applicable.

Report Request ID:    95495997                    Print Date/Time:  3/18/2025 09:25 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Patient:     **YANDELL, RONALD DEAN**
DOB/Age/Sex:  6/28/1962  / 62 years    / Male         CDCR: V27927

| **Dental** |
| --- |

EC Comments: Not Applicable.

Active Problems:

Iron deficiency anaemia
Methamphetamine use disorder, severe
Opioid use disorder
UC - Ulcerative colitis
Active Medications:
amoxicillin-clavulanate 1 tab
SIG: START DATE: 08/27/2024 END DATE: 09/03/2024 Duration: D7.000000
ADMINISTRATION TYPE: NA ORDER_NAME: Augmentin 875 mg-125 mg oral tablet SIG:
Take 1 tablet by mouth every 12 hours for 7 days

buprenorphine-naloxone 2 ZZ
SIG: START DATE: 07/02/2024 END DATE: 09/30/2024 Duration: D90.000000
ADMINISTRATION TYPE: DOT ORDER_NAME: buprenorphine-naloxone 8 mg-2 mg
sublingual film SIG: Place 2 films under the tongue in the evening for 90 days

docusate 200 mg
SIG: START DATE: 07/02/2024 END DATE: 12/29/2024 Duration: D180.000000
ADMINISTRATION TYPE: KOP ORDER_NAME: Colace SIG: Take 2 capsules by mouth 2
times a day for 180 days Request Refills

mesalamine 1200 mg
SIG: START DATE: 09/30/2018 END DATE: 09/30/2019 Duration: D365
ADMINISTRATION TYPE: KOP ORDER_NAME: Delzicol 400 mg oral delayed release
capsule SIG: Take 3 capsules by mouth three times a day for 365 days

mesalamine 500 mg
SIG: START DATE: 09/18/2023 END DATE: 09/12/2024 Duration: D360.000000
ADMINISTRATION TYPE: KOP ORDER_NAME: Pentasa 500 mg oral capsule, extended
release SIG: Take 1 capsule by mouth 3 times a day for 360 days

naloxone 4 mg
SIG: START DATE: 07/31/2024 END DATE: 10/29/2024 Duration: D90.000000
ADMINISTRATION TYPE: KOP ORDER_NAME: naloxone SIG: Seek emergency help.
Administer a single spray intranasally into one nostril for opioid overdose.
May repeat in 3 minutes if patient is not breathing. Request Refill.

polycarbophil 1250 mg
SIG: START DATE: 07/02/2024 END DATE: 12/29/2024 Duration: D180.000000
ADMINISTRATION TYPE: KOP ORDER_NAME: Fiber Lax SIG: Take 2 tablets by mouth 3
times a day for 180 days Take with a full glass of water. Request Refills

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Patient:      **YANDELL, RONALD DEAN**
DOB/Age/Sex:  6/28/1962  / 62 years    / Male          CDCR: V27927

| *Dental* |
|---|

Active Allergies:
No Known Medication Allergies


DPC 3 - Routine Rehabilitative care - 365 calendar days from the date of
diagnosis


----- Signed on Tuesday, August 27, 2024 at 11:39:48 AM -----
----- Provider: DRBLY - Blong Ly, DDS -- Clinic: SAC_AS -----

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Exhibit C

60 P Appeals

STATE OF CALIFORNIA
**GRIEVANCE**                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-1 (Rev. 01/22)                                                                    Page 1 of 2

| STAFF USE ONLY | OGT Log No: 625952 | Date Received: SHC GRIEVANCE OFFICE |
|---|---|---|
| | Decision Due Date: | SEP 18 '24 AM 6:12 |
| | Categories: | |

Claimant Name: _Ronald Yandell_                    CDCR #: _V-27927_

Institution/Parole Region: _CSP/SAC_        Current Housing/Parole Unit: _ZE-158_

**STAFF USE ONLY**

---

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

This incident Happened on Aug. 26th, 6:00 P.M..
I'm filing this grievance over being seriously injured by
C/o J. Garcia as I was being escorted to outside recreation.
As I was about to go out the E-tier outside door I tried to
toss a thermal shirt in front of another prisoner's cell
and in the process broke free from C/o Garcia's grasp
because He was pulling my arm and upper body the
opposite way. When He lost His grip He became angry
and as I was Handcuffed behind my back and unable
to defend myself I was picked up and slammed onto
my face. I was slammed with such force I received
a concussion, the loss of 4 lower teeth, ruptured left
eardrum, fractured jaw in two separate places, six
stitches to close a gash on my chin and a fractured
vertabrae. I want 10 million dollars for punitive
damages, 10 million for compensatory damages and I
request surgery to repair my eardrum and loss of teeth

**ADA Accessible**

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**Claimant Signature:** _Ronald Yondell_          **Date Signed:** _9 - 16 - 24_

*ADA Accessible*

 CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

INSTRUCTIONS: Do not mail this response.
**Effective Communication** shall be provided upon delivery and documented in SOMS.

**Offender Name:** YANDELL, RONALD DEAN                          **Date:** 10/01/2024
**CDC#:** V27927
**Current Location:** SAC-RHU-CCCMS                          **Current Area/Bed:** Z 001E1 - 158001L

**Log #:** 000000625952

---

**Claim #: 001**

| | |
|---|---|
| **Received at Institution/Parole Region:** | California State Prison, Sacramento |
| **Submitted to Facility/Parole District:** | SAC-RHU-CCCMS |
| **Housing Area/Parole Unit:** | |

**Group:** Allegation of Staff Misconduct        **Category:** Use of Force        **Sub-Category:** Excessive or Unnecessary Force

The California Department of Corrections and Rehabilitation received your grievance on 09/18/2024 which you submitted on 09/17/2024.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 618395 | Date Received: |
| | Decision Due Date: | SAC GRIEVANCE OFFICE |
| | Categories: | SEP 3 '24 AM 9:41 |

Claimant Name: Ronald Vandell          CDCR #: V-27927

Institution/Parole Region: CSP / SAC          Current Housing/Parole Unit: ZE-15B

**STAFF USE ONLY**

---

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- _What is the nature of your complaint?_
- _When and where did the complaint occur?_
- _Who was involved?_
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _What specific action would resolve your complaint?_

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

On Aug. 26th, time 6:00 P.M. I was leaving my cell after being searched for outside rec. I can't remember the regular c/o who searched me but after he was done he ordered a c/o I've never seen before to escort me outside. I've currently in 15B E-tier which is two cells from the outside door leading to rec. cages. As I stepped out I informed the c/o as we hit the opening to E-tier I was going to toss a thermal shirt in front of my friend's cell to pick up when he came out. The c/o told me no in an aggressive manner so I told him yes I am. I have left other inmates clothes and control on numerous occasions over the years here in RHU. After the c/o's search items for contraband no one has ever had a problem with an inmate trying to look out for another inmate who maybe didn't have anything from newly arriving. This c/o though clearly had a chip on his shoulder because as I said yes I am he squeezed my bicep extremely hard as some type of school yard challenge which made me instinctively pull away from and the next thing I partially realized I was smashed face first into the pavement. I remember staring at a tooth in front of my eyes and blood pouring out of my mouth. I

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

thought I was dreaming. I became coherent around 6 hours later in the outside hospital which was around midnight. I was then informed by my attending physician of the injuries I suffered. I had fractures in two separate places on my jawbone. Had a gash on my chin that required 6 stitches to close. I was thrown with such force I had my gums and 4 lower teeth ripped off my jawbone. Ruptured left eardrum, fractured vertebrae in my lower back, right shoulder bone bruised and bruised right lower ribcage. I was informed by the doctor that the injuries I received are the exact same injuries usually associated with individuals in high speed automobile accidents. Two sergeants held an excessive force investigation I believe on the 29th but I know no more than what I've explained in this grievance. My neighbor in 159 "William Green" #P54091 witnessed the entire incident. I told the sergeants he witnessed what transpired, but as of now no one has bothered to interview him. Also the prisoner in 161 E-Tier witnessed it as well. Almost a week has passed and no one has bothered to tell me the name of the officer involved, give me an official account of the facts or allowed me to see any video footage of the incident. I was told by numerous C/O's who claimed to have seen what actually occurred and each one to the man have told me I did absolutely nothing to deserve almost losing my life. Inmate Price was murdered the exact same way in 2016 and with the prison's silence after a week it truly appears to be an attempted murder. Slamming a prisoner face first into pavement while he's handcuffed behind his back is so cowardly it can't be defended whatsoever. As each day time passes I regain more of my senses and one thing is absolutely clear my injuries are not justified and I request financial compensation and my eardrum and 4 missing lower teeth surgically repaired.

Claimant Signature: _Ronald Yandell_

Date Signed: _9-2-24_

ADA Accessible

 CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

INSTRUCTIONS: Do not mail this response.
**Effective Communication** shall be provided upon delivery and documented in SOMS.

**Offender Name:** YANDELL, RONALD DEAN                 **Date:** 09/19/2024
**CDC#:** V27927
**Current Location:** SAC-RHU-CCCMS                 **Current Area/Bed:** Z 001E1 - 158001L

**Log #:** 000000618395

---

**Claim #: 001**

| | |
|---|---|
| **Received at Institution/Parole Region:** | California State Prison, Sacramento |
| **Submitted to Facility/Parole District:** | SAC-RHU-CCCMS |
| **Housing Area/Parole Unit:** | |

**Group:** Allegation of Staff Misconduct    **Category:** Use of Force    **Sub-Category:** Excessive or Unnecessary Force

The California Department of Corrections and Rehabilitation received your grievance on 09/03/2024 which you submitted on 09/02/2024.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

# PROOF OF SERVICE

### (C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _Ronald Yandell_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_Ronald Yandell /V·27927_
_Folsom State Prison_
_P.O. Box 715071_
_Represa, CA. 95671-5071_

On, _April 8, 2025_, I served the following documents:

_First Complaint and Exhibit_

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

_1. United States District Court_
_Eastern District of California_
_Office of the Clerk_
_501 1st, Ste 4-200_
_Sacramento, CA. 95814-2322_

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _8th_ day of _April_, _2025_, at California State Prison - Sacramento, Represa, California.

(Signature) _Ronald Yandell_