IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN YANDELL,<br><br>Plaintiff,<br><br>v.<br><br>G. NEWSOME, et al.,<br><br>Defendants. | No. 2:25-CV-1049-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On April 25, 2025, the Court directed Plaintiff to resolve the fee status for this case within 30 days. See ECF No. 4. At the time the order issued, Plaintiff was incarcerated at Folsom State Prison. On June 2, 2025, Plaintiff filed a notice of change of address to Atwater U.S. Penitentiary. See ECF No. 6. As of June 9, 2025, Plaintiff had not complied with the April 25, 2025, order and the Court issued findings and recommendations that this action be dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders. See ECF No. 6. Because it is possible that Plaintiff never received the April 25, 2025, order given his subsequent prison transfer, the Court will vacate the June 9, 2025, findings and recommendations and provide Plaintiff with additional time to resolve the fee status for this case. Plaintiff is again cautioned that failure to comply may result in dismissal of the action. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on June 9, 2025, ECF No. 6, are vacated.

2. The Clerk of the Court is directed to re-serve a copy of the Court's April 25, 2025, order on Plaintiff at his new address.

3. Plaintiff shall resolve the fee status for this case, consistent with the April 25, 2025, order, within 30 days of the date of this order.

Dated:  June 17, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE