Ronald Yandell / 85276-011
U.S.P. Atwater
P.O. Box 019001
Atwater, CA. 95310

2:25-cv-1049-DJC-DMC
FILED
JUN 20 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States District Court
Eastern District of California

| | |
|---|---|
| Ronald Yandell, Plaintiff | No. 2:25-CV-1049-DMC-P |
| v. | Objection to |
| G. Newsome, et.al | Findings. |

Plaintiff, a prisoner proceeding pro se, brings this action pursuant to 42 U.S.C. §1983.

On April 25, 2025 the Court directed Plaintiff to resolve the fee status for this case while incarcerated in CDCR, Folsom State Prison.

When Plaintiff received the Court's order Plaintiff immediately filled out en forma pauperis forms and gave the forms to Unit Counselor with envelope to Court to sign for the last six months of Plaintiff's trust account activity.

Before Plaintiff seen or even spoke

1 of 2

1. to Counselor Plaintiff was transferred
2. to Federal Prison at U.S.P. Atwater on
3. May 8, 2025.
4. On May 11th, 2025 Plaintiff noti-
5. fied Court Clerk of new address and
6. explained the situation.
7. Plaintiff has requested en forma
8. pauperis forms here, but to no avail.
9. Also Plaintiff had no money in
10. prison account here at U.S.P. Atwater
11. until two weeks ago. Plaintiff has
12. $250.00 in account.
13. Plaintiff is enclosing initial
14. classification status to verify his arrival
15. here on May 8, 2025.
16. Plaintiff requests court to reverse
17. dismissal for good cause showing.
18. Circumstances out of his control pre-
19. vented Plaintiff from carrying out court's
20. instructions
21. Plaintiff also received last order on 6-16-25
22. I, Ronald Yandell, swear under
23. penalty of perjury the foregoing is true
24. and correct.
25.
26. Dated: 6-16-25            Ronald Yandell
27.
28.

2 of 2



| Individualized Needs Plan - Initial Classification   (Inmate Copy) | SEQUENCE: 00412361 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 05-22-2025 |

Plan is for inmate: YANDELL, RONALD DEAN  85276-011

| | | | |
|---|---|---|---|
| Facility: | ATW ATWATER USP | Proj. Rel. Date: | UNKNOWN |
| Name: | YANDELL, RONALD DEAN | Proj. Rel. Mthd: | LIFE |
| Register No.: | 85276-011 | DNA Status: | ATW03976 / 05-08-2025 |
| Age: | 62 | | |
| Date of Birth: | 06-28-1962 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| CALIFORNIA | CONTRA COSTA COUNTY CASE #0218446<br>VOLUNTARY MANSLAUGHTER (25 YEARS TO LIFE)<br>K. SAETURN 279-223-3676 / D. JENKINS 279-223-3578 |

### Inmate Photo ID Status

No photo ID - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ATW | SHU UNASSG | SHU UNASSIGNED | 05-14-2025 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ATW | ESL HAS | ENGLISH PROFICIENT | 08-27-1991 |
| ATW | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-10-1993 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ATL | W | GED D 7:30-10:30 AM M-F | 06-09-1993 | 06-10-1993 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 05-14-2025 |
| SCRN1 | CCM: HEALTHY/SIMPLE CARE | 05-05-2025 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO F/S | NO FOOD SERVICE WORK | 08-14-1998 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 08-14-1998 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 05-16-2025 |
| ED WAIT RJ | DRUG EDUCATION WAIT-RQ JUDREC | 05-22-2025 |

### FRP Payment Plan

Most Recent Payment Plan

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 04-06-1997 |
|---|---|---|---|
| Inmate Decision: | AGREED | $30.00 | Frequency: SINGLE |
| Payments past 6 months: | $0.00 | | Obligation Balance: $1,500.00 |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $30.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $1,500.00 | $1,500.00 | IMMEDIATE | NEVER PLAN |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |



## Individualized Needs Plan - Initial Classification   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 00412361
Team Date: 05-22-2025

Plan is for inmate: YANDELL, RONALD DEAN   85276-011

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $100.00      Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 05-22-2025 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 05-12-2025 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 05-22-2025 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 05-22-2025 |
| N-COGNTV Y | NEED - COGNITIONS YES | 05-22-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-13-2025 |
| N-EDUC N | NEED - EDUCATION NO | 05-22-2025 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 05-22-2025 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 05-22-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 05-22-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 05-22-2025 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 05-22-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 05-22-2025 |
| N-TRAUMA Y | NEED - TRAUMA YES | 05-22-2025 |
| N-WORK Y | NEED - WORK YES | 05-22-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 05-22-2025 |

### Progress since last review

N/A: Inmate Yandell arrived to USP Atwater on May 8, 2025.

### Next Program Review Goals

Due to the identified First Step Act needs, Unit Team recommends that inmate Yandell enroll in Criminal Thinking and Basic Cognitive Skills through Psychology by next review in November 2025.

### Long Term Goals

Unit Team recommends that inmate Yandell complete Criminal Thinking and Basic Cognitive Skills by May 2026.

### RRC/HC Placement

No.
Management decision - Life Sentence.

### Comments

Next Program Review: November 2025
Points: N/A
Due: By 11/08/2025

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, **Ronald Yandell**, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

Ronald Yandell / 85276-011
U.S.P. Atwater
P.O. Box 019001
Atwater, CA.
-95310-

On, **June 16th**, I served the following documents:

**Objection to dismissal**

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. United States District Court
Eastern District of California
501 1st, Ste 4-200
Sacramento, CA.
95814-2322

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this **16th** day of **June**, **2025**, at California State Prison - Sacramento, Represa, California.

(Signature) Ronald Yandell