Ronald Yandell /85276-011
U.S.P. Atwater
P.O. Box 019001
Atwater, CA. 95301



FILED
AUG 15 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

United States District Court
For the Eastern District of California

Ronald Yandell
 Plaintiff

v.

G. Newsome, et., al
 Defendants

Case No. 2:25-CV-01049-DJC-DMC

Request for Appointment of Counsel.

## Introduction

Plaintiff filed this action through CDCR E-mail, filed on 4-8-25.

Pro-Se request was granted on 8-7-25.

## Argument

This is an excessive force allegation where plaintiff received catastrophic injuries while he was handcuffed behind his back. Plaintiff's vertebrae in his lower back was fractured, jaw fractured in two places, 4 lower teeth knocked out, a gash on chin that required 6 stitches to close, server concussion, and ruptured

1 of 3

1. left eardrum with severe loss of hearing
2. which plaintiff now must wear a hearing aide.
3.     Plaintiff was transferred from CDCR to
4. the B.O.P. on May 5, 2025, and U.S.P. Atwater
5. refuses to honor court orders as confidential
6. legal mail. It is undocumented, opened and
7. photocopied without plaintiff being present.
8.     See: JAMES v ECi, 889 F.3d 320, 327
9. (7th Cir. 2018) "A prisoner who is transferred
10. to a facility where the events underlying his
11. claims did not take place, faces additional hurdles.
12. When that happens, it must be addressed by the
13. court because the plaintiff may not have access
14. to witnesses, documents, or defendants
15. necessary to make his case. Prisoners may be
16. ill-equiped to litigate constitutional claims
17. that involve the state of mind of the defendants be-
18. cause "even a relatively sophisticated litigant
19. may find it difficult to identify and present the right
20. type of evidence". The court also noted that cases
21. involving complex medical issues are difficult for
22. pro se litigants "particularly... where a prisoner
23. has received at least some medical treatment, be-
24. cause he must show a substantial departure from
25. acceptable professional judgment, practice, or
26. standards, and expert medical evidence is
27. often required to prove this aspect of his claim."
28.     Plaintiff claim in this case is excessive

force with horrendous injuries while he posed no threat, and was already hand cuffed behind his back unable to defend himself. See: LAYADO v. KEOHANE, 992 F.2d 601, 605 (6th Cir. 1993) 'An important factor in determining whether to appoint counsel is the plaintiff's chance of success on the merits.' Also see: JOHNSON v. CALIFORNIA, 207 F.3d 650, 656 (9th Cir. 2000)' Appointment of counsel may be justified when proceedings will go forward "more efficiently and effectively'.

Plaintiff is an indigent prisoner, but still sought representation from numerous Attorneys such as Steve Kalar, Kresta Daily and many more which all declined.

## Conclusion

For good cause showing Plaintiff respectfully requests Appointment to Counsel.

I, Ronald Yandell, swear under penalty of perjury the foregoing is true and correct.

Dated: 8-2-25         Ronald Yandell
                      85276-011

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, **Ronald Yandell**, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

> Ronald Yandell / 85276-011
> U.S.P. Atwater
> P.O. Box 019001
> Atwater, CA - 95301

On, **August 10, 2025**, I served the following documents:

**Motion for Appointment to Counsel**

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. United States District Court
For the Eastern District of California
Office of the Clerk
501 1st, Ste-4-200
Sacramento, CA. 95814-2322

2. 

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this **10** day of **August**, **2025**, at California State Prison - Sacramento, Represa, California.

(Signature) *Ronald Yandell*