**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD DEAN YANDELL, | No.  2:25-CV-1049-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| G. NEWSOME, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion seeking a power of attorney declaration.  See ECF No. 11.  In his motion, Plaintiff seeks an order granting his wife power of attorney in order to notify the Court of any prison transfer in case he is unable to do so himself. See id.  Plaintiff cites no authority, and the Court is aware of none, requiring court approval for a power of attorney.  Plaintiff may appoint his wife power of attorney without court approval.  The sufficiency of Plaintiff's first amended complaint filed on January 13, 2026, will be addressed separately.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 11, is DENIED without prejudice to Plaintiff proceeding with granting a power of attorney according to his choice.

Dated:  February 3, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE