Judge BLAIR 7-20-26

This is the second letter I've tried to send the Court over the last two months that apparently has came up missing; so I'm sending this certified mail, and prison officials have promised to begin logging all my legal letters from here on out.

I wanted to notify the Court that I have several pending cases and I haven't heard from the Court in around a year, so I wanted to make sure I'm not missing in-coming legal mail concerning my cases.

RE: 2:21-CV-00469-DAD-AC

2:25-CV-01049-DJC-DMC

FILED
JUL 27 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Thank You

Ronald Yandell / 85276-011
Florence / MAX
U.S. Penitentiary
P.O. Box 8500
Florence, Co.
-81226-