FILED
JUL 28 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Ronald D. Yandell / 85276-011
U.S. Penitentiary / MAX
P.O. Box 8500
Florence, Co. 81226-8500

United States District Court
Eastern District of California

Ronald Yandell
Plaintiff
v
G. Newsom, et al.,
Defendants

Case No. 2:25-CV-01049-DJC-DMC

Request For Evidence

## Introduction

Plaintiff, a prisoner proceeding pro-se Filed His Amended complaint on January 13, 2026. Plaintiff alleges Excessive Force against all defendants. There are two separate Prison Videos that will be important in this case. 1) From California State Prison - Sacramento (CSP-SAC) in Restricted Short Term Housing (RSTH) on 2-4-19 and 2) (CSP-SAC) (RSTH) on 8-26-24.

## Action Requested

That this Honorable Court order Defendants to not erase or destroy the videos and to turn over the videotapes to the Court or safe-

guard the videos until plaintiff can request them through the litigation process. See: Young v. Lynch, 846 F.2d 960, 963 (4th Cir. 1988) (due process may require production of evidence "when it is the desposititve item of proof, it is critical to the inmates defense, it is in the custody of prison officials, and it could be produced without impairing institutional concerns"), and for good cause showing plaintiff respectfully request the Court to grant this motion.

Filed: 7-20-26

Respectfully Submitted

Ronald Yandell / 85276-011