**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RONALD DEAN YANDELL,

Plaintiff,

v.

G. NEWSOME, et al.,

Defendants.

No. 2:25-cv-1049-DJC-ICD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's "Request for Evidence." ECF No. 24 (docketed as a motion to compel). In his motion, Plaintiff requests that the Court order Defendants to provide video evidence. *Id.*

Plaintiff's motion is denied as premature and improper. It is premature to the extent the Court has not determined Plaintiff's recently filed second amended complaint is appropriate for service and no defendants have been served or appeared in the action. The request is also improper to the extent Plaintiff appears to be seeking production of discovery by way of a motion to the Court rather than a properly served discovery request directed at Defendants. Upon the filing of an answer in this action, the Court will issue a discovery and scheduling order which will provide instructions and deadlines related to discovery.

The sufficiency of Plaintiff's second amended complaint, ECF No. 27, will be addressed separately.

///

///

Accordingly, IT IS HEREBY ORDERED that Plaintiff's "Request for Evidence," ECF No. 24, is DENIED.

Dated: October 28, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE